730

## Commonwealth *v*. Spraggins, Appellant.

Submitted April 14, 1975. *Paul R. Gettleman,* for appellant; *Louis R. Paulick* and *Robert L. Eberhardt,* Assistant District Attorneys, *John M. Tighe,* First Assistant District Attorney, and *John J. Hickton,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The judgment of guilty is affirmed. The sentence imposed on the charge of possession of narcotics is vacated. The case is remanded for resentencing on the charge of possession with intent to deliver. See *Commonwealth v. Lockhart,* 223 Pa. Superior Ct. 60, 296 A.2d 883 (1972).

## Commonwealth *v*. Sywkiw, Appellant.

Submitted June 16, 1975. *Joseph P. Gorham,* for appellant; *Francis C. Barbieri, Jr., Mark Sendrow,* and *Steven H. Goldblatt,* Assistant District Attorneys, *Abraham J. Gafni,* Deputy District Attorney, and *F. Emmett Fitzpatrick,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.